# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BLAKE, CATHERINE C. | U S DISTRICT COURT, MARYLAND | 07/31/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U S DISTRICT JUDGE, ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

7310 U S COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MD 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | FARM TRUST |
| 2. VICE-PRESIDENT | HISTORICAL SOCIETY OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 07/31/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | RETIREMENT PENSION - CITY OF BALTIMORE |
| 2. | 2017 | RETIREMENT PENSION - STATE OF MARYLAND |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 07/31/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA-T Rowe Price-Equity Income | A | Dividend | K | T | | | | | |
| 2. IRA-T Rowe Price-Growth Stock | A | Dividend | L | T | | | | | |
| 3. IRA-T Rowe Price-New Era | A | Dividend | K | T | | | | | |
| 4. IRA-T Rowe Price-Science & Technology | A | Dividend | K | T | | | | | |
| 5. IRA-T Rowe Price-Spectrum Income | B | Dividend | L | T | | | | | |
| 6. State of Maryland Deferred Compensation Plan | B | Int./Div. | L | T | | | | | |
| 7. Wells Fargo Bank-accounts | A | Interest | K | T | | | | | |
| 8. IRA-First Financial Credit Union | A | Dividend | J | T | | | | | |
| 9. Guardian Whole Life | B | Dividend | L | T | | | | | |
| 10. MetLife Whole Life | A | Dividend | J | T | | | | | |
| 11. T Rowe Price Md Tax-Free Bond Fund | C | Dividend | L | T | | | | | |
| 12. IRA - Delaware Core Plus Bond Fund Class A | B | Dividend | K | T | | | | | |
| 13. NewPerspFdIncClA (American Funds) | B | Dividend | K | T | | | | | |
| 14. Farm Trust (H) | | | | | | | | | |
| 15. --Real Property Frederick County, MD | | None | O | Q | | | | | See note Part VIII. |
| 16. TRowePrice 529 college savings plan Portfolio 2027 | A | Int./Div. | K | T | Buy (add'l) | 10/24/17 | J | | See note Part VIII |
| 17. TRowe Price 529 college savings plan Portfolio 2027 | A | Int./Div. | K | T | Buy (add'l) | 12/04/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA - Franklin Templeton 2015 Retirement Target Fund | D | Dividend | M | T | | | | | |
| 19. MetLife annuity - fixed rate | A | Int./Div. | J | T | | | | | |
| 20. MetLife annuity - fixed rate | C | Int./Div. | L | T | | | | | |
| 21. Hilltop Securities brokerage account (H) | | | | | | | | | |
| 22. --Hilltop Securities cash account | A | Interest | L | T | | | | | |
| 23. --AT&T common stock | B | Dividend | K | T | | | | | |
| 24. --BB&T common stock | A | Dividend | K | T | | | | | |
| 25. --Eli Lilly & Co. common stock | A | Dividend | K | T | | | | | |
| 26. --Exxon Mobil Corp common stock | B | Dividend | L | T | | | | | |
| 27. --Frontier Comm Corp Com New common stock | A | Dividend | J | T | | | | | See note part VIII. |
| 28. --Ill Tool Works common stock | A | Dividend | K | T | | | | | |
| 29. --Johnson & Johnson common stock | A | Dividend | K | T | | | | | |
| 30. --JPMorgan Chase& Co common stock | A | Dividend | K | T | | | | | |
| 31. --Merck & Co. Inc common stock | A | Dividend | K | T | | | | | |
| 32. --PPG Ind Inc common stock | A | Dividend | K | T | | | | | |
| 33. --Verizon Comm common stock | A | Dividend | K | T | | | | | |
| 34. --WWGrainger Inc common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --3M common stock | B | Dividend | K | T | | | | | |
| 36. --Urstadt Biddle Properties Inc Class A | A | Dividend | J | T | | | | | |
| 37. --DWS Mgd Mun Bond Fund Class A | A | Dividend | K | T | | | | | |
| 38. --CarrollCoMdConsPubImpBd 2007 | A | Interest | | | Redeemed | 11/01/17 | J | A | |
| 39. --CmntyDevAdminMdRevBd 2011B | A | Interest | J | T | | | | | |
| 40. --WashCoMdPubImpBd 2011 | A | Interest | J | T | | | | | |
| 41. --MontCoMdRevBd 2011A | A | Interest | J | T | | | | | |
| 42. --AnnapMdGOPubImpt& RefBd2012 | A | Interest | J | T | | | | | |
| 43. --Microchip Tech Inc common stock | A | Dividend | K | T | | | | | |
| 44. --Fluor Corp New common stock | A | Dividend | K | T | | | | | |
| 45. --Freeport McMoran Copper&Gold Inc common stock | A | Dividend | J | T | | | | | |
| 46. --Helmerich&Payne Inc common stock | A | Dividend | K | T | | | | | |
| 47. --FredCoStMarysBd 2007 | A | Interest | J | T | | | | | |
| 48. --AnneArundelCoMdConsGenObBd2014 | A | Interest | K | T | | | | | |
| 49. --MdStateDeptTransConstBds2015 | A | Interest | K | T | | | | | |
| 50. TRowePrice 529 college savings plan Portfolio 2030 | A | Int./Div. | J | T | Buy (add'l) | 10/24/17 | J | | |
| 51. TRowePrice 529 college savings plan Portfolio 2033 | A | Int./Div. | J | T | Buy (add'l) | 12/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BB&T Co bank cash accounts | A | Interest | | | Closed | 11/21/17 | K | A | |
| 53. TRowePrice 529 college savings plan Portfolio 2033 | A | Int./Div. | J | T | Buy (add'l) | 10/17/17 | J | | |
| 54. TRowePrice 529 college savings plan Portfolio 2033 | A | Int./Div. | J | T | Buy (add'l) | 12/04/17 | J | | |
| 55. MdHlth&HigherEdRevBd | A | Interest | K | T | Buy | 02/08/17 | K | | |
| 56. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII lines 14 and 15   The real property that was an asset of the estate transferred by deed dated May 7, 2012, into a trust (Farm Trust) of which I am trustee.  It is not income-producing. Appraisal was date of death of owner August 23, 2011.

Part VII  lines 16, 17, 50, 51, 53, and 54.  For all the 529 Plans only the level of risk, not the individual assets, can be selected.

Part VII, line 27  On July 10, 2017, there was a reverse stock split.  No income was received, but the name changed from FRONTIER COMMUNICATIONS CORP to FRONTIER COMMUNICATIONS CORP COM NEW.

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 07/31/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ CATHERINE C. BLAKE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544